**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

```
In Re:                          )
Luvenia Piggee,                 )  Case No. 17-45794-399
                                )  Chapter 13
            Debtor,             )
                                )  DEBTOR'S ANSWER TO
                                )  MOTION FOR RELIEF FROM
                                )  STAY
U.S. Bank Trust National        )
Association as Trustee of the   )
Chalet Series IV Trust,         )
                                )  Hearing Date: 3/3/2020
            Movant,             )  Hearing Time: 10:00 A.M.
VS.                             )  Courtroom 5 North
                                )
                                )
Luvenia Piggee,                 )
                                )
            Debtor,             )
and                             )
                                )
Diana S. Daugherty,             )
                                )
Trustee,                        )
                                )
            Respondents.        )
```

<u>**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM STAY**</u>

Comes Now Debtor, Luvenia Piggee, by and through her attorney and answers the Motion for Relief from Automatic Stay as follows:

1. Debtor admits each and every allegation in paragraph 1, 2, 4, 5, and 11.

2. Debtor has insufficient knowledge to admit or deny each and every allegation in paragraphs 3, 6, 7, 8, 9, 10, 12, and 13.

WHEREFORE, Debtor respectfully requests that this Court

enter an order Denying Movant's Motion to Lift Stay; and for

such other and further relief as this Court deems necessary and

proper.

                    RESPECTFULLY SUBMITTED,
                    PONTELLO & BRESSLER, LLC

                    /s/Dominic Pontello
                    Dominic M. Pontello, 60947MO
                    Pontello Law, LLC
                    406 Boones Lick Rd.
                    St. Charles, MO 63301
                    (636)896-4170
                    (636)246-0141 Fax
                    dominic@pontellolaw.com

**CERTIFICATE OF SERVICE**

        I certify that a true and correct copy of the foregoing
document was filed electronically on February 17, 2020 with the
United States Bankruptcy Court, and has been served on the
parties in interest via e-mail by the Court's CM/ECF System as
listed on the Court's Electronic Mail Notice List.

        I certify that a true and correct copy of the foregoing
document was filed electronically with the United States
Bankruptcy Court, and has been served by Regular United States
Mail Service, first class, postage fully pre-paid, addressed to
the parties listed below on February 17, 2020.

Kozeny & McCubbin, LC
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Attorney for Creditor

Luvenia Piggee
3120 Mockingbird Drive
St. Charles, MO 63301

                              /s/ Dominic Pontello
                              Dominic Pontello